**Below is the Order of the Court.**

_____
**Christopher M. Alston
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>Simon D. Senibi,<br><br>                Debtors. | No. 19-13968<br><br>ORDER DENYING MOTION TO RECONVERT CASE TO CHAPTER 13 |

This matter came before the Court on the Debtor's motion to reconvert this case to Chapter 13 [Docket 81] (the "Motion"). The Court considered the Motion, the supporting and opposing declarations, the record and files herein, and heard argument of counsel at the hearing on October 9, 2020. The Court made findings of fact and conclusions of law on the record, which are incorporated by this reference, pursuant to Fed. R. Civ. P. 52 and Fed. R. Bankr. P. 7052. Now therefore, it is hereby Ordered as follows:

1. The Debtor's motion to reconvert this case to Chapter 13 is denied.

///End of Order///

ORDER DENYING MOTION TO RECONVERT CASE TO CHAPTER 13 - 1

Michael P. Harris, Attorney at Law
1001 Fourth Avenue, Ste. 4400
Seattle, WA 98154
(206)622-7434

Case 19-13968-CMA    Doc 92    Filed 10/15/20    Ent. 10/15/20 10:20:14    Pg. 1 of 2

Presented by:

/s/Michael P. Harris
By: Michael P. Harris
WSBA# 13506

ORDER DENYING MOTION TO RECONVERT CASE TO CHAPTER 13 - 2

Michael P. Harris, Attorney at Law
1001 Fourth Avenue, Ste. 4400
Seattle, WA 98154
(206)622-7434

Case 19-13968-CMA    Doc 92    Filed 10/15/20    Ent. 10/15/20 10:20:14    Pg. 2 of 2